**Abatement Order filed November 26, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00973-CR
_____

**MIGUEL  ANGEL  CONTRERAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 0850245**

## ABATEMENT ORDER

This is an appeal from a judgment signed September 18, 2013, adjudicating appellant's guilt for aggravated assault causing serious bodily injury. According to information provided to this court, appellant is not represented by counsel. The record reflects that appellant claimed indigence and requested appointment of appellate counsel when he filed his notice of appeal. To date, this court has not been advised that counsel has been appointed. Accordingly, we issue the following order:

We **ORDER** the judge of the 182nd District Court to immediately conduct a hearing at which appellant, appellant's counsel, if any, and counsel for the State shall participate, either in person or by video teleconference, to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, thus entitled to a free record and appointed counsel on appeal. The judge shall appoint appellate counsel for appellant if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law or order the appointment of cousnel, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions or order appointing counsel. The transcribed record of the hearing and supplemental clerk's record shall be filed with the clerk of this court on or before **December 23, 2013.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

2